```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   18cv11082 (DLC)
LG ELECTRONICS INC.,                       :
                                           :   PRETRIAL
                     Plaintiff,            :   SCHEDULING ORDER
                                           :
             -v-                           :
                                           :
SAINT LAWRENCE COMMUNICATIONS, LLC,        :
                                           :
                     Defendant.            :
                                           :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-23-2019

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on January 18, 2019, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **January 25, 2019**.

2. No additional parties may be joined or pleadings amended after **February 15, 2019**.

3. All fact discovery must be completed by **June 28, 2019**.

4. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **July 19**. Identification of rebuttal experts and disclosure of their expert testimony must occur by **August 2**.

5. All expert discovery must be completed by **August 23, 2019**.

6. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

- Motion served by **September 20, 2019**
- Opposition served by **October 11**
- Reply served by **October 25**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

7. In the event no motion is filed, the Joint Pretrial Order must be filed by **September 20, 2019.**

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. If the party has submitted a pretrial Memorandum of Law, a reply to any unanticipated legal argument in another party's pretrial memorandum may be submitted. Any reply shall be due one week after the joint pretrial order. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

   SO ORDERED:

Dated:   New York, New York
         January 22, 2019

                                    _____
                                    DENISE COTE
                                    United States District Judge