```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
LG ELECTRONICS INC.,                 :   18cv11082 (DLC)
                                     :   19cv7397 (DLC)
                  Plaintiff,         :
                                     :   ORDER OF
         -v-                         :   DISCONTINUANCE
                                     :
SAINT LAWRENCE COMMUNICATIONS, LLC,  :
                                     :
                  Defendant.         :
                                     :
                                     :
------------------------------------ X
                                     :
EVS CODEC TECHNOLOGIES, LLC and SAINT :
LAWRENCE COMMUNICATIONS LLC,         :
                                     :
                  Plaintiffs,        :
                                     :
         -v-                         :
                                     :
LG ELECTRONICS INC., LG ELECTRONICS  :
U.S.A. INC., and LG ELECTRONICS      :
MOBILECOMM U.S.A., INC.,             :
                                     :
                  Defendants.        :
                                     :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020

DENISE COTE, District Judge:

It having been reported to this Court that the above-captioned cases have been settled, it is hereby

ORDERED that the above-captioned actions are discontinued without costs to any party and without prejudice to restoring the actions to this Court's calendar if the application to restore the actions is made by **February 25, 2020**. If no such application is made by that date, today's dismissal of the

actions is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated: New York, New York
January 24, 2019

_____
DENISE COTE
United States District Judge